THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH POLIZZANO, Appellant.— Order entered on June 10, 1960 unanimously affirmed. The order of this court, entered on November 14, 1961, is vacated. No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS WEIR, Appellant.— Order entered on December 19, 1960 unanimously affirmed. The order of this court, entered on November 16, 1961, is vacated. No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

(A) JOHN J. MCCLOSKEY, as Sheriff of the City of New York, et al. v. CHASE MANHATTAN BANK. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ. (B) ARLU ASSOCIATES, INC., v. LEO ROSNER. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals granted. Settle order on notice.

(A) ARDELLE ALLENSON v. ROBERT M. FURMAN et al. (B) CHARLES LOGAN v. BONAS BROS. LOOMS, INC., et al.— [In each action] Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.